FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 14  AM 8: 42

CLERK _____
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| SOPHONIAS O. JAHENI, | ) |
| Petitioner, | ) |
| v. | ) CV 105-164 |
| KEVIN ROBERTS, Warden, | ) |
| Respondent. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Respondent's motion to dismiss is **GRANTED**, this petition is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 14th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE